HEATING AND PLUMBING FINANCE CORPORATION, Plaintiff, v. WILLIAM SCHWARZ, Also Known as WILHELM SCHWARZ, and THERESA SCHWARZ, Appellants. W. A. CASE & SON MFG. Co., Respondent, v. WILLIAM SCHWARZ and THERESA SCHWARZ,

Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.